A CERTIFIED TRUE COPY

ATTEST

By Tanisha Spinner on Nov 18, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Nov 02, 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION**

MDL No. 1905

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-41)**

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1375 (J.P.M.L. 2008). Since that time, 458 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 18, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy in ___2___ sheet (s)
of the record in my custody.
CERTIFIED, November 20 2009
Richard D. Sletten, Clerk

BY _____
                    Deputy Clerk



**IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION**

MDL No. 1905

*RHK/JSM*

### SCHEDULE CTO-41 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3  09-4974 | Concetta Berardi, et al. v. Medtronic, Inc.  *09-3294* |
| **ILLINOIS NORTHERN** | |
| ILN  1  09-6679 | Stacy K. Shehab Gorski v. Medtronic, Inc., et al.  *09-3295* |
| **MARYLAND** | |
| MD  1  09-2722 | Sylvia Roberts v. Medtronic, Inc., et al.  *09-3296* |
| **OHIO NORTHERN** | |
| OHN 1  09-2396 | Susan Chaplin, etc. v. Medtronic, Inc., et al.  *09-3297* |
| OHN 1  09-2398 | Ellen Vollweiler, etc. v. Medtronic, Inc., et al.  *09-3298* |
| OHN 1  09-2399 | Margaret Mason, etc. v. Medtronic, Inc., et al.  *09-3299* |
| OHN 1  09-2401 | Georgia Newett, etc. v. Medtronic, Inc., et al.  *09-3300* |
| OHN 1  09-2402 | Cheryl Tuvell, etc. v. Medtronic, Inc., et al.  *09-3301* |
| OHN 1  09-2403 | Darlene Rairigh, etc. v. Medtronic, Inc., et al.  *09-3302* |
| OHN 1  09-2404 | Fred Petrie, etc. v. Medtronic, Inc., et al.  *09-3303* |
| OHN 5  09-2400 | Gretta Albert, etc. v. Medtronic, Inc., et al.  *09-3304* |
| **OHIO SOUTHERN** | |
| OHS 2  09-945 | Robert L. Powell v. Medtronic, Inc.  *09-3305* |
| **TEXAS NORTHERN** | |
| TXN 3  09-1965 | Janie Diles, etc. v. Medtronic, Inc., et al.  *09-3306* |
| TXN 3  09-1966 | Paula Callahan, etc. v. Medtronic, Inc., et al.  *09-3307* |
| TXN 3  09-1967 | Mary Elaine Love, etc. v. Medtronic, Inc., et al.  *09-3308* |
| **TEXAS SOUTHERN** | |
| TXS 4  09-3312 | Gail Kierstead, et al. v. Medtronic, Inc., et al.  *09-3309* |
| TXS 4  09-3316 | Frederick Peters, etc. v. Medtronic, Inc., et al.  *09-3310* |
| TXS 4  09-3412 | Jerry D. Ross, et al. v. Medtronic, Inc.  *09-3311* |